

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Susan Davis Van Dyke et al.,

* From the 118th District Court
of Martin County,
Trial Court No. 6668-A.

Vs. No. 11-19-00196-CV

* September 14, 2023

John W. Daniels and wife,
Wilma F. Daniels,

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate the summary judgment that was rendered by the trial court, and we remand this cause to the trial court for further consideration and proceedings. The costs incurred by reason of this appeal are taxed against John W. Daniels and wife, Wilma F. Daniels.